UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| XAVIER GOMES, | : | CIVIL ACTION NO. |
| | : | 3:20-cv-00978-SRU |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PITNEY BOWES INC. | : | |
| | : | |
| Defendant. | : | September 1, 2020 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the case may be dismissed with prejudice and without costs.

| **PLAINTIFF,** | **DEFENDANT,** |
|---|---|
| **XAVIER GOMES** | **PITNEY BOWES INC.** |
| | |
| By  */s/ Michael J. Reilly* | By  */s/ Marc L. Zaken* |
| Michael J. Reilly (CT28651) | Marc L. Zaken (CT03110) |
| mreilly@cicchielloesq.com | marc.zaken@ogletreedeakins.com |
| CICCHIELLO & CICCHIELLO, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 364 Franklin Avenue | |
| Hartford, CT 06114 | 281 Tresser Boulevard, Suite 602 |
| Telephone: 860-296-3457 | Stamford, CT 06901 |
| Facsimile: 860-296-0676 | Telephone: 203-969-3100 |
| | Facsimile: 203-969-3150 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties.  Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 1st day of September, 2020.

>  */s/ Marc L. Zaken*
>  Marc L. Zaken

44004327.1